06/09/2014 13:29 FAX 8198372666   Federal Defender of San   ☐0002/0002
Case 3:14-cr-01552-GT Document 14 Filed 06/10/14 PageID.15 Page 1 of 1
Case 3:14-cr-01552-LAB-GT Document 12 Filed 06/09/14 Page 1 of 1

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **CALIFORNIA**

**FILED**
JUN 10 2014
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U.S.A.
    Plaintiff(s),
V.
Juan Nicio Coronel
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:14-cr-01552-LAB-GT-1

Notice is hereby given that, subject to approval by the court, **Defendant Juan Nicio Coronel** substitutes
(Party(s) Name)

**Ginger R. Kelley**, State Bar No. **158292**, as counsel of record in
(Name of New Attorney)

place of **Deputy Federal Public Defender Ryan W. Stitt**.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Law Offices of Ginger R. Kelley
    Address: 600 W. Santa Ana Blvd. #816, Santa Ana, CA 92701
    Telephone: (714) 379-8311    Facsimile (714) 379-8312
    E-Mail (Optional): Kelleylaw1@aol.com

I consent to the above substitution.
Date: 6-7-14
    X _____
    (Signature of Party(s))

I consent to being substituted.
Date: 06-09-2014
    _____
    (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 06-09-2014
    _____
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 6/10/14
    _____
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]