GINGER R. KELLEY, ESQ., SBN 158292
LAW OFFICES OF GINGER R. KELLEY
600 W Santa Ana Blvd., Suite 816
Santa Ana, CA 92701
Telephone: (714) 379-8311
Facsimile: (714) 379-8312

Attorney for Defendant
JUAN NICIO CORONEL

Jan 6 2015

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14-cr-01552-GT |
| Plaintiff, | **ORDER** |
| vs. | |
| JUAN NICIO CORONEL, | |
| Defendant | |

**IT IS HEREBY ORDERED** that the sentencing hearing for defendant Juan Nicio Coronel presently scheduled for January 14, 2015 at 9:30a.m., be continued to February 4, 2015 at 9:30a.m.

Dated: 1-6-15

HON. GORDON THOMPSON JR.
UNITED STATES DISTRICT JUDGE

1