UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 27 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14-CR-01552-GT |
| Plaintiff(s), | CONSENT ORDER GRANTING ASSOCIATION OF COUNSEL |
| vs. | |
| JUAN NICIO CORONEL, | |
| Defendant(s). | |

Notice is hereby given that, subject to approval by the court, Defendant JUAN NICIO CORONEL, associates Kristin A. Erickson, State Bar No. 160953 in as counsel of record, in association with Ginger R. Kelley.

Contact information for associate counsel is as follows:

Law Offices of Kristin A. Erickson
8502 E. Chapman Avenue, #305
Orange, CA 92869
Tel.: (714) 602-2219  Fax: (714) 379-8312
Email: ericksonlaw@cox.net

I consent to the above association of counsel.

Dated: January 16, 2015

Juan Coronel, Defendant

Date: January 16, 1015

Ginger R. Kelley, Counsel

Dated: January 16, 2015

Kristin A. Erickson, Associate Counsel

The associate of counsel is hereby approved and so ORDERED.

Date: 1-26-15

Judge

GINGER R. KELLEY, ESQ., SBN 158292
LAW OFFICES OF GINGER R. KELLEY
600 W Santa Ana Blvd., Suite 816
Santa Ana, CA 92701
Telephone: (714) 379-8311
Facsimile: (714) 379-8312

Attorney for Defendant
JUAN NICIO CORONEL

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14-cr-01552-GT |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| JUAN NICIO CORONEL, | |
| Defendant | |

IT IS HEREBY CERTIFIED THAT:

I, Mimi Duong, am a citizen of the United States and am at least eighteen years of age. My business address is 600 W Santa Ana Blvd., Suite 816, Santa Ana, CA 92701.

I have caused service of the **Consent order granting association of counsel** on the following parties by electronically filing the foregoing using its ECF System, which electronically notifies them:

Janaki.Gandhi@usdoj.gov
Jill_johnsonpogue@casp.uscourts.gov

I declare under penalty of perjury that the foregoing is true and correct. EXECUTED on January 20, 2015.

Mimi Duong

1